# Greenberg Traurig

Philip R. Sellinger
Tel. (973) 360-7910
Fax. (973) 301-8410
sellingerp@gtlaw.com

January 10, 2011

**VIA ELECTRONIC FILING**

The Honorable Mark Falk
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re: *Platinum Partners Value Arbitrage Fund, L.P., et al. v. TD BANK, N.A.*
> **10-cv-06457 (WJM)(MF)**

Dear Magistrate Judge Falk:

    We represent defendant TD Bank, N.A. in the above-referenced action. Service of process of the Complaint in this action was effected on defendant TD Bank, N.A. on January 3, 2011. Pursuant to Local Civil Rule 6.1, we write to respectfully request an extension of defendant's last day to answer, move against or otherwise respond to the Complaint for 60 days from the date of the service of the Summons and Complaint, until March 4, 2011. This is defendant's first request for an extension, and all parties consent to this extension. For Your Honor's convenience, a proposed Stipulation and Order memorializing this relief is enclosed. Thank you very much for your courtesies.

Respectfully submitted,

/s/ Philip R. Sellinger
PHILIP R. SELLINGER

Enclosure
cc: James E. Cecchi, Esq. (via electronic filing)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH