**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey  07932-0677
Telephone:  (973) 360-7900
Facsimile:  (973) 301-8410
Philip R. Sellinger (PS-9369)
Ian S. Marx (IM-1704)
*Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLATINUM PARTNERS VALUE ARBITRAGE FUND, L.P., CENTURION STRUCTURED GROWTH LLC, and LEVEL 3 CAPTIAL FUND, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Civil Action No.  2:10-06457 (WJM)(MF)<br><br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for defendant TD BANK, N.A. to answer, move against, or otherwise respond to the Complaint in this action is hereby extended for 60 days from the date of the service of the Summons and Complaint on January 3, 2011 until March 4, 2011.

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>(973) 360-7900 | CARELLA, BYRNE, BAIN, GILFILLAN<br>CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07068 |

*NJ 227,091,875v1 1-5-11*

| | |
|---|---|
| Attorneys for Defendant | (973) 994-1700 |
| | Attorneys for Plaintiffs |
| By: /s/ Philip R. Sellinger | By: /s/ James E. Cecchi |
| Philip R. Sellinger | James E. Cecchi |

SO ORDERED: _____
                **UNITED STATES MAGISTRATE JUDGE**

Dated: January ___, 2011