UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61835-CIV-DIMITROULEAS/SNOW

PLATINUM PARTNERS VALUE
ARBITRAGE FUND, L.P., CENTURION
STRUCTURED GROWTH LLC, and LEVEL
3 CAPITAL FUND, LP,

    Plaintiffs,

vs.

TD BANK, N.A.,

    Defendant.
_____/

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE is before the Court upon Defendant's Unopposed[1] Motion for Substitution of Defense Counsel [DE 79], filed on June 13, 2012. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

Attorneys for McGuire Woods, LLP will be substituted as attorneys of record for the Defendant in the place of attorneys from Greenberg Traurig, P.A. The Greenberg Traurig attorneys are relieved of further responsibility in this case. The Court shall note this substitution on the record.

---

[1] The docket entry for this filing describes the motion as an "UNSTIPULATED Unopposed MOTION for Substitution of Counsel." See [DE 79]. The Court takes this as a scrivener's error, because the actual document clearly attests that there was an approved stipulation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion for Substitution of Defense Counsel [DE 79] is **GRANTED**;

2. Attorneys for McGuire Woods, LLP will be substituted as attorneys of record for the Defendant in the place of attorneys from Greenberg Traurig, P.A. Attorneys Philip R. Sellinger, Jerold Ira Budney, Jeffrey Allan Hirsch, and Ian. S. Marx, all of Greenberg Traurig, P.A., are relieved of further responsibilities in this case, as well as the firm Greenberg Traurig, P.A.[2]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of June, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:

Counsel of Record

---

[2] This Order does not discharge these attorneys or the firm from any obligations they may have incurred in their representation in this case prior to this point.